MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax: (415) 436-7234
    Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0582 JCS |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE |
| STEPHEN EDWARD SKIAVO, ) | |
|     Defendant. ) | |

    On January 28, 2011, the parties in this case appeared before the Honorable Joseph Spero for a status hearing. At that time, the parties set a trial date. The parties conferred after the hearing. Due to the availability of counsel for each of the parteis, the parties hereby request that the trial date be continued to March 30, 2011.

IT IS SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED:   2/9/11               /s/
                                      ACADIA SENESE
                                      Special Assistant United States Attorney

1
2
3   DATED:   2/9/11              /s/
                                 ADAM G. GASNER
4                                Attorney for Stephen Edward Skiavo

5       IT IS HEREBY ORDERED that the trial currently set for March 28, 2011, be continued to
6   March 30, 2011.
7
8   IT IS SO ORDERED.
9
10  DATED:  02/10/11
11                                 THE HON. _____ C. SPERO
                                   United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Stipulation and Order
CR No. 10-0582 JCS                    2