ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:     415-782-6000
Facsimile:      415-241-7340
E-Mail:          adam@gasnerlaw.com

Attorney for Defendant
STEPHEN E. SKIAVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHEN E. SKIAVO,<br><br>          Defendant. | CR No. 10-0582 JCS<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE |

The parties jointly request the trial date in this case be set on June 14th, 2011 at 9:30 AM.

IT IS SO STIPULATED:

DATED: 5-16-11                              _____/s/_____

                                                          ADAM G. GASNER

                                                          Attorney for Stephen E. Skiavo

DATED: 5-16-11                              _____/s/_____

                                                          ACADIA SENESE

                                                          Special Assistant U.S. Attorney

STIPULATION AND ORDER TO CONTINUE TRIAL DATE
CR 10-0582 JCS

1  IT IS HEREBY ORDERED that the trial in this matter be set for June 14th, 2011 at 9:30 AM.

IT IS SO ORDERED.

DATED: May 17, 2011

_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE TRIAL DATE
CR 10-0582 JCS